UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL KLEVER CALDERON-COCA,

Petitioner,

v.

WARDEN, CALIFORNIA CITYCORRECTIONAL CENTER,

Respondents.

No.  2:26-cv-0720 DAD CSK

ORDER

Petitioner, an immigration detainee proceeding without counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On March 11, 2026, the district court converted petitioner's motion for temporary restraining order to a motion for preliminary injunction, granted the preliminary injunction, ordered respondents to provide petitioner a bond hearing, and referred the matter to the undersigned for further proceedings.  (ECF No. 7.)

On March 9, 2026, respondents filed a response to the petition for writ of habeas corpus. (ECF No. 6.)  If additional briefing is needed to decide the petition on the merits, within 10 days of the date of this order, petitioner may file a traverse/reply.  If petitioner does not file a

1

traverse/reply, by the deadline, the petition will be deemed submitted on the record currently before the court without any additional briefing.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 10 days of the date of this order, petitioner may file a traverse/reply to the response.

2. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending.  Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address."  A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective.  L.R. 182(f).

Dated:  March 12, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/cald0720.100.prose.bond

2